UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY,

Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY COMPANY, INC.,

Defendant.

Case No. 1:26-cv-03501 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 25, 2026, the Court ordered Plaintiff to file a status letter by June 29, 2026 advising the Court on whether it has had any contact with Defendant and if it intends to seek default judgment. Dkt. 10. On June 26, 2026, Plaintiff informed the Court that it was in contact with Defendant's counsel and that the parties consented to extend the time for Defendant to respond until July 17, 2026. As of the date of this Order, the Defendant has not answered the Complaint. As a one-time courtesy, the Court will extend Defendant's deadline to answer. Defendant shall answer by **September 14, 2026**.

Dated: September 1, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge